UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FIRST MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREAT DIVIDE INSURANCE COMPANY,<br><br>Defendant. | Case No. 16-CV-02114-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

Based on the case management statement, ECF No. 22, the Court proposes the below case schedule. The parties shall file any objections to the below case schedule by Monday, July 25, 2016 at noon.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | October 7, 2016 |
| Further Case Management Conference | October 26, 2016 at 2:00 p.m. |
| Deadline to Complete Mediation<br>(set by the Court's July 7, 2016 Order, ECF No. 21) | October 4, 2016 |
| Opening Expert Reports | January 18, 2017 |
| Rebuttal Expert Reports | February 17, 2017 |
| Close of Fact and Expert Discovery | March 17, 2017 |

1

Case No. 16-CV-02114-LHK
CASE MANAGEMENT ORDER

| Last Day to File Dispositive Motions (one per side in the entire case) | April 6, 2017 |
|---|---|
| Hearing on Dispositive Motions | May 18, 2016 at 1:30 p.m. |
| Final Pretrial Conference | June 29, 2017 at 1:30 p.m. |
| Bench Trial | July 17, 2017 at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-02114-LHK
CASE MANAGEMENT ORDER