UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREAT DIVIDE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 16-CV-02114-LHK<br><br>**CASE MANAGEMENT ORDER** |

The parties filed no objections to the case schedule proposed on July 21, 2016. Accordingly, the Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | October 7, 2016 |
| Further Case Management Conference | October 26, 2016 at 2:00 p.m. |
| Deadline to Complete Mediation (set by the Court's July 7, 2016 Order, ECF No. 21) | October 4, 2016 |
| Opening Expert Reports | January 18, 2017 |
| Rebuttal Expert Reports | February 17, 2017 |
| Close of Fact and Expert Discovery | March 17, 2017 |
| Last Day to File Dispositive Motions | April 6, 2017 |

1

Case No. 16-CV-02114-LHK
CASE MANAGEMENT ORDER

| (one per side in the entire case) | |
|---|---|
| Hearing on Dispositive Motions | May 18, 2016 at 1:30 p.m. |
| Final Pretrial Conference | June 29, 2017 at 1:30 p.m. |
| Bench Trial | July 17, 2017 at 9:00 a.m. |
| Length of Trial | 3 days |

The case management conference set for July 27, 2016, at 2:00 p.m. is VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-02114-LHK
CASE MANAGEMENT ORDER